**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANDREW JOSEPH KATSOCK, III** | : | |
| **Appellant** | : | **CIVIL ACTION NO. 3:22-612** |
| **v.** | : | **(JUDGE MANNION)** |
| **JOHN J. MARTIN, ESQ, and UNITED STATES TRUSTEE** | : | |
| | : | |
| **Appellees** | : | |
| | : | |

## ORDER

In accordance with the Memorandum issued this same day, **IT IS HEREBY ORDERED** that the appellant's appeal, **(Doc. 1)**, is **DENIED,** and the Orders of the Bankruptcy Court, **(Docs. 436 & 437, 5:19-bk-00645-HWV)**, are **AFFIRMED**. The Clerk of Court is directed to **CLOSE** this case.


_s/ Malachy E. Mannion_
**MALACHY E. MANNION**
**United States District Judge**

**DATE: April 19, 2023**
22-612-01-ORDER